FILED
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

General Complaint

APR - 6 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

BY
DEPUTY_____

Tanya Renee Henderson
217 Cavin st
Jasper, Tx 75951

Case Number : 1:23 cv 136

List the full name of each plaintiff in this action.

VS.

Jasper City police Dept
officer Gray
Sergeant Averhart

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.    ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.    In the preparation of this suit, I have attempted to secure the aid of an
attorney as follows: (circle one)

1.    Employ Counsel
2.    Court - Appointed Counsel
3.    Lawyer Referral Service of the State Bar of Texas,
P. O. Box 12487, Austin, Texas 78711.

B.    List the name(s) and address(es) of the attorney(s):

None

C.    Results of the conference with counsel:

_____

_____

_____

II.    List previous lawsuits:

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?        _____Yes        ✓   No

B.    If your answer to "A" is "yes",  describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1.    Approximate file date of lawsuit:  _____

2.    Parties to previous lawsuit(s):

Plaintiff _____

Defendant_____

Attach a separate piece of paper for additional plaintiffs or defendants.

3.    Identify the court the lawsuit was filed. If federal, name the district.  If state, name the county.

_____

4.    Docket number in other court. _____

5.    Name of judge to whom the case was assigned.

_____

6.    Disposition: Was the case dismissed, appealed or still pending?

_____

7.    Approximate date of disposition. _____

III.   Parties to this suit:

    A.    List the full name and address of each plaintiff:

        Pla #1 _____

        _____

        _____

        Pla #2 _____

        _____

        _____

    B.    List the full name of each defendant, their official position, place of employment and full mailing address.

        Dft #1:_____

        _____

        _____

        Dft #2:_____

        _____

        _____

        Dft #3 _____

        _____

        _____

    Attach a separate sheet for additional parties.

IV:    Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

Upon June 7, 2022 officer Gray and sergeant Averhart employed at location Jasper City police Dept arrived at my resident 217 Cavin St Jasper, Tx 75951 while i were asleep due too taken my pain meds, muscle relaxer, also well pinch nerve meds and i weren't aware they were outside my home until dispatcher called my cell phone and advise me too allow the police officers too enter my resident, Which i didn't know what she were really talking about so i went too sleep again, upon June 09, 2022 officers arrived at my resident, so i heard a knock at my carport enterance door afterwards i ~~Where~~ ask who is it officers said police Dept, so i advised them my son Don Mays Jr isn't inside my resident, Afterwards the officers advised me if i doesn't open the door they

IV:    Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

Kick it down also i advised them that i would Call my landlord and advise him that the Jasper Police Dept Kicke will his property door down, After i walked away from the door talking and too enter my bedroom so i could call my landlord offices Kicked the door down and arrested and i were accused for hiding a fugitive. After inside the patrol vehicle i asked officer why are they taken too jail, They said i were hiding a fugitive also too shut up Also they said i hope your son is inside your resident we'll charge you twice, So i did give them permission too search, Even though my son weren't inside my residence, So i asked officer Gray what have my son done Wrong? Which officer Gray did say anything, So i said to him i heard building were burglarized So were my son the suspect.

V.    Relief: State Briefly exactly what you want the court to do for you.  Make no legal arguments and do not cite cases or statutes.  Attach additional pages if necessary.

I would like for ya'll to review my case due too my innocent, Such as falsely arrested from my residence also civil rights were Violated.

Signed this ___2n___ day of ___March___, 20 _23_.
(Month)                    (Year)

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: _Mar 27, 2023_
Date

_Tanya Henderson_

Signature of each plaintiff



# Arrest # 22-00235

On Thursday June 9, 2022, at approximately 19:18 hours, Officer Gray and Sergeant Averhart, both employed with City of Jasper, County of Jasper, State of Texas, wearing full Jasper Police Department Uniform, operating marked Jasper Police Department patrol vehicles, arrived at 217 Cavin Street Jasper, Texas to execute a felony warrant and take Tanya Renee Henderson black female 11/14/1979 Texas Driver License 21945486 into custody for her confirmed warrant, warrant number 145286 Hindering Apprehension or Prosecution Known Felon F3 (see case number 22-00531).

Upon arrival, Officer Gray knocked on the West entrance door located at carport. Tanya Henderson asked who was knocking at the door? Officer Gray identified himself as a Police Officer and gave several verbal commands for Tanya Henderson to open the door and speak with Officer Gray. Tanya Henderson asked if she had a warrant as Officer Gray informed her on 06/01/2022 he would be seeking a felony warrant for her arrest.

Tanya Henderson was informed she did in fact have a confirmed warrant from City of Jasper. Officer's reconfirmed with Jasper Police Department Communications the warrant was still in fact valid, being a felony of the third degree.

Tanya Henderson was afforded several opportunities to open the West entrance door at carport to 217 Cavin Street, being advised if she failed to comply with verbal commands, Officer's would force entry into the residence due to Tanya confirming she was in fact the person Officer's were speaking with through the locked door, having Tanya Henderson's white Jeep sport utility vehicle parked in the carport.

Tanya Henderson did then lock the bottom lock and proceed toward the Southeast portion of the residence. Officer Gray again gave a final verbal warning the door would be forced open. Tanya Henderson stated something unintelligible.

Officer Gray forced entry into the residence using minimal force necessary by kicking the door. Officer's made rapid entry into the residence and took Henderson into custody in the Southeast bedroom.

Tanya Henderson stated Don Mays Junior was not in the residence and did then give Officer's consent to search the residence for Don Mays Junior. Don Mays Junior was not located.

Officer Gray photographed the damage to the West entrance door at carport.

Once Tanya Henderson was placed into the rear portion of Officer Gray's marked Jasper Police Department patrol vehicle, Henderson slipped her temporary hand restraints and had to be placed back in them.

Prior to Defendant Tanya Henderson being transported to Jasper County Jail, Tanya Henderson made a Res Gestae statement, stating she knew where Don Mays Junior was and she knows he has been burglarizing buildings and or residence. Henderson did not advise where Don Mays Junior was nor as to which residence and or building Don Mays Junior has burglarized.

Henderson was transported to Jasper County Jail and left in the care and custody of Jail staff without further incident.

# JASPER POLICE DEPARTMENT - (409) 384-3471

## Arrest Report

Arrest # 22-00235



### ARRESTEE DETAILS

| | | | | | |
|---|---|---|---|---|---|
| **Name** | TANYA RENEE HENDERSON | | | | |
| **Address** | 217 CAVIN STREET, JASPER TX 75951 | | | | |
| **Phone** | 409-932-0551 | **SSN** | 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 | **DL** | TX 21945486 |
| **Race** | B | **Sex** F | **Age** 42 | **DOB** | 11/14/1979 |
| **Height** | 5'04" | **Weight** | 145 | **Hair** | BLK |
| **Eyes** | BRO | **JRN** | 19597 | **SID** | TX07296958 |
| **FBI** | 245944EC9 | **MID** | | | |
| **Resident** | Y | **Inc.#** | 22-00531 | | |
| **Place of Birth** | JASPER, TX | | | | |

### ARREST INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Arrest Date-Time** | 6/9/2022 - 19:18 | **Hold Reason** | LOCAL WARRANT | | |
| **Arrest Location** | 217 CAVIN STREET  JASPER TX 75951 | | | | |
| **Arrest Agency** | JASPER POLICE | **Release To** | | | |
| **Arrest Type** | WARRANT | **Resist Arrest** | N | **Arrested Before** | N |
| **Arrest Disp** | COUNTY | **Arrest Officer** | B. GRAY | | |
| **Supervisor** | AVERHART, B | **Miranda Officer** | | | |
| **Arrest Condition** | SOBER | | | | |
| **Armed With** | UNARMED | | | | |

### ARREST CHARGES

| | | | | | |
|---|---|---|---|---|---|
| **Violation** | WARRANT | | | | |
| **Statute** | ALL OTHERS | | | | |
| **Judgement** | | | | | |
| **Judge** | JACKSON | **Court** | MUNICIPAL | | |
| **Disp Date** | 06/09/2022 | **Court Date** | | **Bond Amt** | $.00 |
| **Warrant #** | 145286 | **Citation #** | | **Incident #** | 22-00531 |
| **Disposition** | COUNTY | **Bond Type** | | | |

### EMPLOYER DETAILS

| | | | |
|---|---|---|---|
| **Occupation** | UNEMPLOYED | **Employer** | |
| **Address** | 0000905 PROSPECT RD, JASPER TEXAS 75951 | | |

### VEHICLE DETAILS

| | | | | | |
|---|---|---|---|---|---|
| **Veh Info.** | 2008 JEEP  UTILITY VEHICLE | | | | |
| **VIN** | 1J8HR58N28C202315 | | **Colors** | WHITE | |
| **Plate No** | 66040L4 | **Plate St.** TX | **Plate Year** | | **Plate Type** |
| **Impound Loc.** | | | | | |



OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CLERK, U.S. DISTRICT COURT
RECEIVED

APR 0 6 2023

EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON  DC

POSTAGE WILL BE PAID BY ADDRESSEE

**CLERK U.S. DISTRICT COURT**
EASTERN DISTRICT OF TEXAS
300 WILLOW STREET, ROOM 104
BEAUMONT, TEXAS 77701-2217

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES