IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TANYA RENEE HENDERSON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:23-CV-136-MJT-CLS |
| | § | |
| JASPER CITY POLICE DEPARTMENT, | § | |
| FNU GRAY, and FNU AVERHART, | § | |
| | § | |
| *Defendants*. | § | |

**MEMORANDUM ORDER ADOPTING THE REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE [Dkt. 49]**

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the District Court referred this proceeding to the Honorable Christine L. Stetson to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72.

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed suit on April 6, 2023, alleging Defendants violated her constitutional rights while executing a warrant at her home [Dkt. 1]. On March 15, 2024, Judge Stetson entered a Report and Recommendation [Dkt. 49] advising the Court to grant Defendants' Motion to Dismiss [Dkt. 39] in full and dismiss Plaintiff's claims with prejudice. Judge Stetson found that Plaintiff failed to state claims for which relief could be granted under §1983 against any of the defendants. Plaintiff did not object to Judge Stetson's Report and Recommendation and the time to do so has passed. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

1

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 49] is ADOPTED.  Defendants' Motion to Dismiss [Dkt. 39] is GRANTED and Plaintiff's claims are DISMISSED with prejudice.  A final judgment will be entered by the Court.

IT IS SO ORDERED.

**SIGNED this 10th day of April, 2024.**

*[Signature: Michael J. Truncale]*

Michael J. Truncale
United States District Judge