IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TANYA RENEE HENDERSON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:23-CV-136-MJT-CLS |
| | § | |
| JASPER CITY POLICE DEPARTMENT, | § | |
| FNU GRAY, and FNU AVERHART, | § | |
| | § | |
| *Defendants*. | § | |

## **FINAL JUDGMENT**

Pursuant to the Court's order adopting the Report and Recommendation of the United States Magistrate Judge and dismissing Plaintiff's claims under FED. R. CIV. P. 12(b)(6), it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims are dismissed with prejudice in their entirety. All pending motions are DENIED as moot. The clerk of the court is directed to CLOSE this case.

THIS IS A FINAL JUDGMENT.

**SIGNED this 10th day of April, 2024.**

Michael J. Truncale
United States District Judge

1